IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| PATRICIA J. RECKLEY,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>COMMUNITY NURSING, INC. d/b/a<br>THE VILLAGE HEALTH &<br>REHABILITATION,<br><br>　　　　Defendant. | CV 19-119-M-KLD<br><br><br>ORDER |

　　　　IT IS ORDERED that the preliminary pretrial conference scheduled for December 16, 2020 at 11:00 a.m. will be held telephonically. All counsel and any individual proceeding pro se shall call 1-866-390-1828 at the designated time to participate in the scheduling conference. When prompted, enter the access code 8447649 followed by #.

　　　　DATED this 3rd day of December, 2020.

　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　Kathleen L. DeSoto
　　　　　　　　　　　　　　　　　　　United States Magistrate Judge

1