IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| PATRICIA J. RECKLEY,<br><br>Plaintiff,<br><br>vs.<br><br>COMMUNITY NURSING, INC. d/b/a THE VILLAGE HEALTH & REHABILITATION,<br><br>Defendant. | CV 19-119-M-KLD<br><br><br>ORDER |

Defendant has filed an unopposed Motion to File Affidavit of Dee Strauss and Supporting Exhibits Under Seal, in which Defendant seeks to file in this case certain documents related to Plaintiff's personal medical information. (Doc. 68).

IT IS ORDERED that the motion is GRANTED. The Clerk of Court shall file Defendant's lodged Affidavit of Dee Strauss and Supporting Exhibits (Doc. 69) under seal.

DATED this 3rd day of December, 2020.

_____
Kathleen L. DeSoto
United States Magistrate Judge

1