# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MONTANA
# MISSOULA DIVISION

| | |
|---|---|
| PATRICIA J. RECKLEY, <br><br> Plaintiff, <br><br> vs. <br><br> COMMUNITY NURSING, INC. d/b/a THE VILLAGE HEALTH AND REHABILITATION, <br><br> Defendants. | CV 19-119-M-KLD <br><br> **ORDER GRANTING DEFENDANT'S UNOPPOSED MOTION TO SET EXAMINATION** |

Defendant has filed a Motion to Set Examination, in which Defendant seeks to set an examination of Plaintiff's room at The Village Health and Rehabilitation by Defendant's expert. (Doc. 84.) The motion being unopposed, and pursuant to Fed. R. Civ. P. 34(a)(2), Defendant's motion is GRANTED. Defendant's expert is hereby set to examine Plaintiff's room on March 24, 2021, at 4:30 p.m.

DATED this 22nd day of March, 2021.

Kathleen L. DeSoto
United States Magistrate Judge