IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| PATRICIA J. RECKLEY, | |
| Plaintiff, | CV 19-119-M-KLD |
| vs. | ORDER |
| COMMUNITY NURSING, INC. d/b/a THE VILLAGE HEALTH & REHABILITATION, | |
| Defendant. | |

Plaintiff Patricia Reckley, who is proceeding pro se and in forma pauperis, has submitted a Motion for Service of Subpoeana for Contessa ("Connie") Aritrangco, who Plaintiff identifies as an employee or former employee of Defendant Community Nursing Inc., d/b/a The Village Health and Rehabilitation. The subpoena directs Ms. Aritrangco to appear for a deposition on June 29, 2021. Plaintiff requests that the Court issue and serve the subpoena pursuant to 28 U.S.C. § 1915(d), and has provided a witness fee in the amount of $42.00.

Although Plaintiff does not state whether Defendant opposes her motion, the Court finds based on review of Plaintiff's motion and supporting materials that the motion is properly granted. Accordingly,

1

IT IS ORDERED that Plaintiff's motion is GRANTED. The Clerk of Court shall provide the United States Marshals Service with the subpoena, the witness fee, a copy of this Order, and a completed USM-285 form.

The United States Marshals Service or its designated agent shall serve the subpoena, the witness fee, and a copy of this order upon Ms. Aritrangco at 2400 Old Fort Road, Apt. #335, Missoula, MT 59804. If service is not possible, the Marshals Service shall file an affidavit with the Court explaining the circumstances and shall serve a copy of any such affidavit on Plaintiff at 2651 South Ave. West (Room #131), Missoula, MT 59804.

DATED this 22nd day of June, 2021.

_____
Kathleen L. DeSoto
United States Magistrate Judge